FRANKLIN SIMON & CO. *v.* UNITED STATES

**No. 6861.**—Invoice dated Derby, England, April 25, 1942.
Certified April 27, 1942.
Entered at New York, N. Y., June 10, 1942.
Entry No. 754222.

(Decided February 11, 1947)

*Lane & Wallace* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: This appeal raises for determination the question of whether or not the amount of a so-called British purchase tax was properly included by the appraiser as a part of the export value of the merchandise. The appeal has been submitted for decision upon a stipulation to the effect that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn,* C. A. D. 334, and the record therein has been admitted in evidence in this case.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise to be the values found by the appraiser, less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

GUY B. BARHAM CO. (MILLAR & COE, INC.), ET AL. *v.* UNITED STATES

**No. 6862.**—Invoices dated Burslem, England, March 20, 1941, etc.
Certified April 4, 1941, etc.
Entered at Los Angeles, Calif., May 20, 1941, etc.
Entry No. 5777, etc.

(Decided February 13, 1947)

*Lawrence, Tuttle & Harper (Frank L. Lawrence* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 401 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.